## DOUBLE B ENTERPRISES, INC., Appellant,

v.

## Thomas E. WHITE, Secretary of the Army, Appellee.

### No. 01–1593.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2002.

## ON MOTION

### *ORDER*

Upon consideration of Double B Enterprises, Inc.'s motion to withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted and this appeal is dismissed.

(2) Each side shall bear its own costs.

## U.S. WAX & POLYMER, INC., Plaintiff–Appellant,

v.

## HOLCOMB HEALTHCARE SERVICES, L.L.C., Defendant–Appellee.

### No. 02–1104.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2002.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).